IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-00200-MOC-DSC

| | |
|---|---|
| LAFONDA PARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BOSTON SCIENTIFIC | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court following Plaintiff's counsel Samy S. Elsherbini's failure to satisfy the Requirements for Admission to the Bar of this Court. See Court's "SECOND Notice to Sam Elsherbini: Pursuant to Local Rule 83.1 you are required to Satisfy the Requirements for Admission to the Bar of this Court. Deadline by 11/21/2017… (Entered: 11/14/2017)."

For this reason, **IT IS HEREBY ORDERED**:

1. Samy S. Elsherbini is **STRICKEN** as counsel of record in this case.

2. The Clerk is directed to remove Samy S. Elsherbini from the docket and the CM/ECF system.

3. The Clerk is directed to send copies of this Order to Samy S. Elsherbini, to defense counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: December 1, 2017

_____
David S. Cayer
United States Magistrate Judge