# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00200-MOC-DSC

| | |
|---|---|
| **LAFONDA PARKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **BOSTON SCIENTIFIC** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Kevin Wang]" (document #17), which was filed in response to the Court's "Show Cause Order" (document #16) issued on January 25, 2018.

For the reasons stated therein, the Motion is granted.

The show cause hearing scheduled for February 16, 2018 is cancelled.

The Clerk shall send a copy of this Order to the parties' counsel and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: February 8, 2018

David S. Cayer
United States Magistrate Judge